# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO. 2022 KW 0394

VERSUS

ROBERT ANTOINE                              **SEPTEMBER 20, 2022**

---

In Re:    Robert Antoine, applying for supervisory writs, 19th
          Judicial District Court, Parish of East Baton Rouge,
          No. DC-21-00118.

---

**BEFORE:   HOLDRIDGE, PENZATO, AND LANIER, JJ.**

**WRIT GRANTED.**   The district court's ruling quashing relator's subpoena deuces tecum is reversed.  La. Const. art. I, § 16 (a criminal defendant has a constitutional right to present a defense); La. Code Crim. P. arts. 731 and 732 (a trial court has the authority to issue subpoenas and subpoenas duces tecum during pre-trial discovery proceedings); La. Code Evid. arts. 401 and 607(D) (evidence of witness bias is relevant and admissible.).   The evidence sought satisfies the criteria set forth in **State v. Marcelin,** 2010-2036 (La. 10/15/10), 46 So.3d 191, 193 (per curiam).   However, the names of officers other than the detectives involved in relator's case and the names of all victims should be redacted from the copies of the letters provided to relator.

**AHP**

   **Holdridge, J., concurs.**

   **Lanier, J.,** dissents in part and would only redact the names of the victims from the copies of the letters provided to relator.

COURT OF APPEAL, FIRST CIRCUIT

_aSn_

---
DEPUTY CLERK OF COURT
      FOR THE COURT